IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 02-cv-01562-WYD

RUSSELL L. PREVATTE,

    Applicant,

v.

J. E. GUNJA, Warden, U.S. Penitentiary,

    Respondent.

---

ORDER DENYING MOTION TO ALTER OR AMEND

---

    This matter is before me on the motion titled "Motion to Alter or Amend District Court's Order of June 17, 2005 Denying Prevatte's § 2241 Application Pursuant to Fed. R. Civ. P., Rule 59(e)," submitted *pro se* by the applicant Russell L. Prevatte and filed by the court on July 6, 2005. According to this court's docketing records, Mr. Prevatte is represented by counsel. Therefore, the motion submitted by Mr. Prevatte on his own behalf will be denied. Accordingly, it is

    ORDERED that the motion titled "Motion to Alter or Amend District Court's Order of June 17, 2005 Denying Prevatte's § 2241 Application Pursuan to Fed. R. Civ. P.,

Rule 59(e)," submitted *pro se* by the applicant Russell L. Prevatte and filed by the court on July 6, 2005," is DENIED.

DATED at Denver, Colorado, this 8th day of July, 2005.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
United States District Judge