IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 02-cv-01562-WYD

RUSSELL L. PREVATTE,

    Applicant,

v.

J. E. GUNJA, Warden, U. S. Penitentiary,

    Respondent.

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

    Applicant Russell L. Prevatte, through counsel, has filed a motion for relief from judgment pursuant to Rule 60(b)(1) and (6) of the Federal Rules of Civil Procedure. Mr. Prevatte asks me to relieve him from the July 11, 2005, judgment in the instant action. For the reasons stated below, the motion will be denied.

    Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994). I denied Mr. Prevatte's request for habeas corpus relief pursuant to 28 U.S.C. § 2241 for lack of jurisdiction. Mr. Prevatte fails to convince me of any extraordinary circumstances that would justify a decision to reconsider and vacate the judgment in this action. Therefore, the motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b)(1) and (6) will be denied. Accordingly, it is

    ORDERED that the motion for relief from judgment pursuant to Rule 60(b)(1) and (6) of the Federal Rules of Civil Procedure filed by the applicant Russell L. Prevatte,

through counsel, is denied.

Dated: July 28, 2005

BY THE COURT:

                                        s/ Wiley Y. Daniel  
                                        Wiley Y. Daniel  
                                        U. S. District Judge